

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-11-00116-CV

CODY SMITH                                                    APPELLANT

V.

PSS WORLD MEDICAL, INC. F/K/A                                APPELLEES
PHYSICIAN SALES & SERVICES,
INC. AND GULF SOUTH MEDICAL
SUPPLY, INC.

------------

FROM THE 342ND DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Appellant Cody Smith's Agreed Motion To Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.  *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  MEIER, WALKER, and GABRIEL, JJ.

DELIVERED:  September 15, 2011